## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01370-ZLW-MJW

DEBORAH MORA,

    Plaintiff,

v.

ALLIANCE ASSET MANAGEMENT, INC., an Illinois corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                                BY THE COURT:

                                */s/ Zita L. Weinshienk*

August 14, 2009

DATE                                U.S. DISTRICT JUDGE